Decided February 28, 2001

## STATE OF CONNECTICUT *v.* CRAIG MCCONNEAUGHEY

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 904 (AC 19339), is denied.

*Raymond J. Rigat,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided February 28, 2001

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 406 (AC 19694), is denied.